## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2315 Disciplinary Docket No. 3 |
| Petitioner | : No. 132 DB 2016 |
| v. | : Attorney Registration No. 312765 |
| | : (Out of State) |
| MEGAN McCARTHY CLARK | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted. Respondent Megan McCarthy Clark is suspended on consent from the Bar of this Commonwealth for a period of six months and she shall comply with all the provisions of Pa.R.D.E. 217.